454 A.2d 160

Commonwealth v. Bob, Appellant.

Petition for Allowance of Appeal
Denied June 1, 1983.

 Argued April 14, 1982. Howard K. Hilner, for appellant; Kenneth J. Benson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

The order of April 15, 1981 is hereby affirmed.